## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH O'HANLON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO: 05-0421-CG-C |
| | ) |
| **FIRST NATIONAL BANK OF OMAHA,** | ) |
| **N.A. and EQUIFAX INFORMATION** | ) |
| **SERVICES, LLC** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The court has been advised that settlement was reached in the above-styled action.

Therefore, it is **ORDERED** that all claims in the above-styled action be **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE and ORDERED** this 26th day of April 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE